IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CANTRELL HENDERSON**                                                                              **PLAINTIFF**

v.                                       Case No. 4:23-cv-00361-LPR

**PARKER, Sergeant, Saline**
**County Detention Facility, et al.**                                                              **DEFENDANTS**

## ORDER

On April 17, 2023, Plaintiff Cantrell Henderson, an inmate at the Saline County Detention Facility, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1]  On April 18, 2023, the Court ordered Mr. Henderson to, within 30 days, either (1) return a completed *in forma pauperis* application, including an accompanying affidavit and jail account information sheet, or (2) pay the $402.00 filing and administrative fees.[2]  Mail sent to Mr. Henderson was returned as undeliverable on May 4, 2023.[3]  Accordingly, and on that same date, the Court entered a text order directing Mr. Henderson to provide notice of his current mailing address within thirty days if he wished to proceed with this lawsuit.[4]  The Court warned Mr. Henderson that his failure to comply with the Order may cause his Complaint to be dismissed.[5]  Mr. Henderson has not complied with, or otherwise responded to, either the April 18 Order or the May 4 Order.  The time for doing so has expired.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4).

[3] Doc. 6.

[4] Order (Doc. 7).

[5] *Id.*

Mr. Henderson's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[6]  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (noting that district courts have power to dismiss *sua sponte* under Rule 41(b)).