IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CANTRELL HENDERSON**                                                                                  **PLAINTIFF**

v.                              Case No. 4:23-cv-00361-LPR

**PARKER, Sergeant, Saline
County Detention Facility, et al.**                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the underlying Orders would not be taken in good faith.

IT IS SO ADJUDGED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE